1  Jeremy T. Naftel, State Bar No. 185215
   jnaftel@cdflaborlaw.com
2  Joel Van Parys, State Bar No. 227387
   jvanparys@cdflaborlaw.com
3  CAROTHERS DISANTE & FREUDENBERGER LLP
   900 University Avenue
4  Suite 200
   Sacramento, California 95825
5  Telephone:  (916) 361-0991
   Facsimile:  (916) 361-1480
6
   Attorneys for Defendants
7  A FAMILY AFFAIR, INC., a California Corporation; A
   FAMILY AFFAIR BRIDGES, INC., a California
8  Corporation; CAROLYN FAYE MITCHEL dba A FAMILY
   AFFAIR CARE; CAROLYN FAYE MITCHELL, dba A
9  FAMILY AFFAIR CARE III; CAROLYN FAYE
   MITCHEL dba A FAMILY AFFAIR CARE II; CAROLYN
10 FAYE MITCHELL, an individual; CAROLYN FAYE
   MITCHELL, also known as CAROLYN F. MITCHELL, an
11 individual; CAROLYN FAYE MITCHELL, also known as
   CAROLYN R. MITCHELL, an individual; CAROLYN
12 FAYE MITCHELL, also known as CAROLYN
   MITCHELL, an individual; KASSIA MITCHELL
13 LUCERO, an individual; KASSIA MITCHELL LUCERO,
   also known as KASSIA MITCHELL, an individual;
14 KASSIA MITCHELL LUCERO, also known as KASSIA
   LUCERO, an individual; KASSIA MITCHELL LUCERO,
15 also known as K.M. LUCERO, an individual; MARVIN R.
   MITCHELL, JR., an individual; MARVIN R. MITCHELL,
16 SR., an individual; PATRICK CAIN, an individual;
   ALBERT JOHNSON, an individual
17
18                    **UNITED STATES DISTRICT COURT**
19                    **EASTERN DISTRICT OF CALIFORNIA**
20
   RONNIE SALVADOR ,                    ) Case No. 2:14-CV-01082-KJM-EFB
21                                       )
            Plaintiff,                   ) [Removed from Sacramento County Superior
22      vs.                              ) Court Case No. 34-2013-00155976-CU-OE-
                                         ) GDS]
23 A FAMILY AFFAIR, INC., a California   )
   Corporation; A FAMILY AFFAIR BRIDGES, ) **STIPULATION AND [~~PROPOSED~~]**
24 INC., a California Corporation; CAROLYN ) **PROTECTIVE ORDER REGARDING**
   FAYE MITCHEL dba A FAMILY AFFAIR      ) **CONFIDENTIAL INFORMATION**
25 CARE; CAROLYN FAYE MITCHELL, dba A    )
   FAMILY AFFAIR CARE III; CAROLYN FAYE  )
26 MITCHEL dba A FAMILY AFFAIR CARE II;  )
   CAROLYN FAYE MITCHELL, an individual; )
27 CAROLYN FAYE MITCHELL, also known as  )
   CAROLYN F. MITCHELL, an individual;   )
28 CAROLYN FAYE MITCHELL, also known as  )

CAROTHERS DiSANTE &
FREUDENBERGER LLP

879050.1

STIPULATION AND [~~PROPOSED~~]
PROTECTIVE ORDER REGARDING
CONFIDENTIAL INFORMATION

1  CAROLYN R. MITCHELL, an individual;            )
   CAROLYN FAYE MITCHELL, also known as           )
2  CAROLYN MITCHELL, an individual; KASSIA        )
   MITCHELL LUCERO, an individual; KASSIA         )
3  MITCHELL LUCERO, also known as KASSIA          )
   MITCHELL, an individual; KASSIA                )
4  MITCHELL LUCERO, also known as KASSIA          )
   LUCERO, an individual; KASSIA MITCHELL         )
5  LUCERO, also known as K.M. LUCERO, an          )
   individual; MARVIN R. MITCHELL, JR., an        )
6  individual; MARVIN R. MITCHELL, SR., an        )
   individual; ESTATE OF MARVIN R.                )
7  MITCHELL, SR., DECEASED; PATRICK               )
   CAIN, an individual; ALBERT JOHNSON, an        )
8  individual; and DOES 1 to 50, Inclusive,       )
                                                  )
9                  Defendants.                    )
                                                  )
10 _____)

11                          **ADDITIONAL COUNSEL**

12 Michael J. Harrington, State Bar No. 144737
   LAW OFFICES OF MICHAEL J. HARRINGTON
13 430 "D" Street
   Davis, CA 95616
14 Telephone  (530) 759-8440
   Facsimile   (530) 459-8476
15
   Matthew P. Guichard, State Bar No. 107450
16 William L. Portello, State Bar No. 166845
   Christopher K. Teng, State Bar No. 176431
17 GUICHARD, TENG & PORTELLO, A.P.C.
   Sutter Square
18 1800 Sutter Street, Suite 730
   Concord, CA 94520
19 Telephone  (925) 459-8440
   Facsimile   (925) 459-8445
20
   Attorneys for Plaintiff,
21 RONNIE SALVADOR

22

23

24

25

26

27

28

Carothers DiSante &
Freudenberger LLP

879050.1

STIPULATION AND [PROPOSED]
PROTECTIVE ORDER REGARDING
CONFIDENTIAL INFORMATION

1    Plaintiff RONNIE SALVADOR and Defendants A FAMILY AFFAIR, INC., a California

2    Corporation; A FAMILY AFFAIR BRIDGES, INC., a California Corporation; CAROLYN

3    FAYE MITCHEL dba A FAMILY AFFAIR CARE; CAROLYN FAYE MITCHELL, dba A

4    FAMILY AFFAIR CARE III; CAROLYN FAYE MITCHEL dba A FAMILY AFFAIR CARE

5    II; CAROLYN FAYE MITCHELL, an individual; CAROLYN FAYE MITCHELL, also known

6    as CAROLYN F. MITCHELL, an individual; CAROLYN FAYE MITCHELL, also known as

7    CAROLYN R. MITCHELL, an individual; CAROLYN FAYE MITCHELL, also known as

8    CAROLYN MITCHELL, an individual; KASSIA MITCHELL LUCERO, an individual;

9    KASSIA MITCHELL LUCERO, also known as KASSIA MITCHELL, an individual; KASSIA

10   MITCHELL LUCERO, also known as KASSIA LUCERO, an individual; KASSIA MITCHELL

11   LUCERO, also known as K.M. LUCERO, an individual; MARVIN R. MITCHELL, JR., an

12   individual; MARVIN R. MITCHELL, SR., an individual; ESTATE OF MARVIN R.

13   MITCHELL, SR., DECEASED; PATRICK CAIN, an individual; ALBERT JOHNSON

14   (hereinafter collectively referred to as "Parties") hereby agree as follows:

15        1.     In this action, the Parties may be required to disclose confidential information. The

16   Parties agree that good cause exists for such confidential information to be protected from

17   unnecessary disclosure. In order to avoid unnecessary litigation regarding the disclosure of

18   such confidential information and to facilitate the exchange of information in this litigation, the

19   Parties agree to this Protective Order to accomplish these tasks.

20        2.     For purposes of this Stipulation and Protective Order, the Parties agree that

21   the definition of "Confidential Information" shall include:

22        a.   Proprietary information, including, but not limited to, all financial data concerning

23             the Parties, including tax information, to the extent such information has not

24             already been made known to the general public;

25        b.   Other proprietary information of a commercial nature that the Producing

26             Party believes, in good faith, constitutes a trade secret under applicable law;

27        c.   Personal information relating to individual persons, including personal finance

28             information or other information that the Producing Party believes, in good faith,

Carothers DeSante &
Freudenberger LLP

879050.1

1

STIPULATION AND [PROPOSED]
PROTECTIVE ORDER REGARDING
CONFIDENTIAL INFORMATION

1    may implicate privacy laws if further disseminated.

2          3.     "Producing Party" means any party or third party that produces documents or

3    information as part of the parties' informal discovery process to advance settlement

4    discussions or pursuant to discovery requests, in support of dispositive motions, or otherwise,

5    in the course of this litigation.

6          4.     Any Producing Party may designate as "CONFIDENTIAL" any material, documents

7    or discovery responses, testimony or other information, which constitutes or contains Confidential

8    Information, as follows: Documents containing Confidential Information, which are produced as

9    part of the parties' informal discovery process or in responses to document requests, subpoenas or

10   otherwise, shall be marked by the Producing Party with the following legend: CONFIDENTIAL.

11         Any other Confidential Information conveyed by the Producing Party during this

12   litigation, if in written or other tangible form, shall be marked with the legend set forth in

13   subparagraph (a) above, or, if in oral or other intangible form, identified as: Confidential

14   Information.

15         5.     This Order only permits designation as Confidential Information that information

16   as to which the Producing Party entertains a good faith belief that the information satisfies the

17   definition of Confidential Information contained in Paragraph 2.

18         6.     Persons receiving Confidential Information shall use it solely for the purpose of

19   this litigation. Confidential Information shall not be disclosed directly or indirectly to any other

20   person other than as provided in this Order, except by written agreement of the Producing Party.

21         7.     A person having custody of Confidential Information shall maintain it in a manner

22   which ensures that access to Confidential Information is strictly limited to persons entitled to

23   receive Confidential Information in accordance with the provisions of this Order.

24         8.     Confidential Information may not be disclosed to any person other than:

25              a.   attorneys for the Parties;

26              b.   experts or consultants of a party, provided the requirements of Paragraph 7 of

27                   this Order are met;

28         9.     Within thirty days after the conclusion of this litigation, including all appeals, all

CAROTHERS DISANTE &
FREUDENBERGER LLP

879050.1

STIPULATION AND [~~PROPOSED~~]
PROTECTIVE ORDER REGARDING
CONFIDENTIAL INFORMATION

documents designated as CONFIDENTIAL, all copies of such documents, in the possession, custody or control of the Parties and their experts, investigators, advisors, or consultants shall be destroyed or returned to counsel for the Producing Party. Upon request, a party and its counsel shall separately provide written certification to the Producing Party that the actions required by this paragraph have been completed.  Upon request, a Producing Party may require that all CONFIDENTIAL documents, including any copies of CONFIDENTIAL documents, are returned within 14 days to the Producing Party.

10.     This Order shall be without prejudice to the right of any party (a) to oppose production of any information on any grounds allowed under the Federal Rules of Civil Procedure, and decisional authority, (b) to use its own Confidential Information in any manner that Producing Party desires, or (c) to seek and obtain, on an appropriate showing, such additional protection with respect to Confidential Information as that party may consider appropriate.

11.     Any violation of the terms of this Protective Order may result in the imposition of such relief as the Court deems appropriate.  All provisions of this Stipulation shall be binding on the Parties at signing, whether the Court enters the Stipulation as an Order or not.   All provisions of this Order restricting the communication or use of Confidential Information shall continue to be binding after the conclusion of this action, including all appeals, unless otherwise agreed or ordered. The Court shall retain jurisdiction to enforce this Protective Order beyond the conclusion of this litigation, including personal jurisdiction over all persons subject to this Order.

IT IS SO STIPULATED:


Dated:  December 24, 2014          CAROTHERS DISANTE & FREUDENBERGER LLP


By:     _____ /S/ *Joel Van Parys*     _____

CAROTHERS DISANTE &
FREUDENBERGER LLP

879050.1

STIPULATION AND [~~PROPOSED~~]
PROTECTIVE ORDER REGARDING
CONFIDENTIAL INFORMATION

1
Joel Van Parys
Attorneys for Defendants
2
A FAMILY AFFAIR, INC., et al.

3
Dated:  December 24, 2014          LAW OFFICE OF MICHAEL J. HARRINGTON
4
signature on original
5
By:  _____
6
Michael J. Harrington
Attorneys for Plaintiff Ronnie Salvador
7

8
Dated:  December 24, 2014          GUICHARD, TENG & PORTELLO, A.P.C.

9
signature on original
10
By:  _____
William L. Portello
Attorneys for Plaintiff Ronnie Salvador
11
**<u>ORDER</u>**
12
Having reviewed the foregoing Stipulation and Protective Order submitted by the parties
13
and good causing appearing therefore, it is ordered that the Protective Order shall be entered as the
14
order of this Court.
15
IT IS SO ORDERED.
16

17
Dated:  January 13, 2015.          EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [~~PROPOSED~~]
PROTECTIVE ORDER REGARDING
CONFIDENTIAL INFORMATION