UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE SALVADOR,<br><br>Plaintiff,<br><br>v.<br><br>A FAMILY AFFAIR, INC. et al.,<br><br>Defendants. | No.  2:14-cv-01082-KJM-EFB<br><br><br><br>ORDER |

This matter was originally filed in Sacramento County Superior Court (Case No. 34-2013-00155976-CU-OE-GDS) on January 3, 2014.  Ex. A, Notice of Removal, ECF No. 1. On April 30, 2014, defendants filed a Notice of Removal based upon this court's original subject matter jurisdiction under 28 U.S.C. §1331 because plaintiff alleged in his complaint that defendants violated the Racketeer Influence and Corrupt Organizations Act (RICO), 18 U.S.C. sections 1962 and 1962(D).  *Id*.

In addition to this action, plaintiff's counsel has two related cases pending against largely the same defendants, *Labios v. A Family Affair, Inc*., case no. 34-2012-00135669, and *Guania v. A Family Affair, Inc*., case no. 34-2013-001140847, in Superior Court of the State of California, County of Sacramento.  The parties agree that on January 26, 2015, Judge Robert C. Hight of the Superior Court of the State of California, County of Sacramento ordered that the *Labios* and *Guania* cases be consolidated in that court.  Stipulation, ECF No. 11 at 1.

1

After Judge Hight's order issued, the parties agreed to stipulate to remand of this case to the Sacramento Superior Court so that it may be consolidated with the pending *Labios* and *Guania* cases. *Id.* The parties agree that this remand and consolidation will allow the parties to more efficiently litigate the case. *Id.* In exchange for defendants' stipulation, plaintiff agrees to dismiss, with prejudice, his RICO claims in this lawsuit and the *Labios* and *Guania* matters. *Id.*

After reviewing the parties' stipulation and finding good cause, the court APPROVES the stipulation and remands this case to the Sacramento County Superior Court. After remanding this action, the Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

DATED: March 18, 2015.

_____
UNITED STATES DISTRICT JUDGE